```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
                                                               :
JOSEF VOLMAN,                                                  :
                                                               :
                          Plaintiff,                           :
                                                               :      22-cv-713 (LJL)
            -v-                                                :
                                                               :          ORDER
D.M.S. REALTY CO, LLC ET AL,                                   :
                                                               :
                          Defendants.                          :
---------------------------------------------------------------X
```

LEWIS J. LIMAN, United States District Judge:

      An Initial Pretrial Conference was scheduled in this matter for July 11, 2022.  Counsel for Plaintiff appeared at the conference, however no counsel appeared on behalf of the Defendants.  As a result, the conference was canceled.  It is hereby ORDERED that the Initial Pretrial Conference is rescheduled to July 19, 2022 at 1:00 p.m. and will proceed remotely by telephone.  Parties are directed to dial in to the Court's teleconference line at 888-251-2909 and use access code 2123101.  As a reminder, Defendants, as corporate entities, must be represented by counsel in order to properly proceed with this litigation and avoid default.  If Defendants do not have counsel to represent them, a representative of the corporate Defendants may appear at the Initial Pretrial Conference in order to request additional time to seek counsel for representation.

      Counsel for Plaintiff is directed to serve a copy of this Order on Defendants.

      SO ORDERED.

Dated: July 13, 2022
      New York, New York

                                                     LEWIS J. LIMAN
                                                     United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/13/2022