```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
                                                                :
JOSEF VOLMAN,                                                   :
                                                                :
                          Plaintiff,                            :
                                                                :           22-cv-713 (LJL)
          -v-                                                   :
                                                                :              ORDER
D.M.S. REALTY CO, LLC, DCK TRADING CORP.                        :
doing business as EAT HERE NOW,                                 :
                                                                :
                          Defendants.                           :
                                                                :
---------------------------------------------------------------X
```

LEWIS J. LIMAN, United States District Judge:

      By Order dated September 12, 2022, the Court directed Plaintiff to show cause why the case should not be dismissed for failure to prosecute given his failure to comply with a Court deadline by which to file a motion for default judgment or appear for a telephonic hearing on that motion. Dkt. No. 13. On September 22, 2022, counsel for Plaintiff provided no reason for his failure to comply with the Court's order or to appear at the scheduled hearing but requested that the deadline to move for default be extended for thirty days so that the parties may finalize a settlement. Dkt. No. 14.

      It is hereby ORDERED that any motion for default judgment shall be made by October 24, 2022. Opposition papers shall be served and filed by October 31, 2022. The Court will hold a telephonic hearing on any such motion on November 3, 2022 at 3:30 p.m. The parties are directed to dial in to the Court's teleconference line at 888-251-2909, Access Code 2123101, and follow the prompts. The motion shall be promptly served on Defendants and shall include the date, time, and dial-in information for the default judgment hearing.

      Counsel for Plaintiff is directed to provide a copy of this Order to Defendants.

      SO ORDERED.

Dated: September 26, 2022
       New York, New York

                                                         LEWIS J. LIMAN
                                                  United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/26/2022